UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISH NETWORK L.L.C., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAJBIR SIDHU,<br><br>        Defendant. | Civil Action No. 14-3781 (MAS)(TJB)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC's (collectively, "Plaintiffs") motion for entry of default judgment against Defendant Rajbir Sidhu. The Court has carefully considered Plaintiffs' submission and decided the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 20th day of February, 2015, **ORDERED** that:

1. Plaintiffs' motion for default judgment (ECF No. 7) is GRANTED.

2. Judgment is entered in favor of Plaintiffs on Count III of the Complaint, alleging violations of 18 U.S.C. §§ 2511(1)(a) and 2520, in the amount of $10,000.

3. Defendant Rajbir Sidhu is hereby permanently enjoined from:

    a. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting Dish Network's satellite signal;

    b. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any part or component of the DISH Network security system.

4. Counts I and II of the Complaint are dismissed with prejudice.

5. The Clerk of the Court shall mark this case CLOSED.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**